UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WGH ACQUISITIONS, LLC, A Nevada limited liability company,<br><br>        Plaintiff,<br>vs.<br><br>BONDROK PARTNERS, LLC, a Colorado limited liability company d/b/a "BONDROK PARTNERS",<br><br>        Defendant.<br><br>BONDROK PARTNERS, LLC, a Colorado limited liability company d/b/a "BONDROK PARTNERS",<br><br>        Counter-Claimant,<br>vs.<br><br>WGH ACQUISITIONS, LLC, a Nevada limited liability company, GRUBB & ELLIS OF NEVADA, INC., A Nevada Corporation d/b/a NEWMARK GRUBB KNIGHT FRANK; DOUGLAS S. SCHUSTER, individually,<br><br>        Counter-Defendants. | 2:12-cv-01293-PMP-PAL<br><br>**ORDER** |

Having read and considered Counter-Defendants Grubb & Ellis of Nevada and Douglas Schuster's fully briefed Motion to Dismiss (Doc. #29) and good cause appearing,

**IT IS ORDERED** that Counter-Defendants Grubb & Ellis of Nevada and Douglas Schuster's Motion to Dismiss (Doc. #29) is DENIED.

DATED: April 11, 2013.

                                                                                                               _____<br>
                                                                                                               PHILIP M. PRO<br>
                                                                                                                United States District Judge