Ross C. Goodman, Esq.
Nevada Bar No. 7722
**GOODMAN LAW GROUP**
**A Professional Corporation**
520 S. Fourth St., 2nd Floor
Las Vegas, Nevada  89101
Telephone:  (702) 383-5088
Facsimile:  (702) 385-5088
Email:  ross@goodmanlawgroup.com
*Attorney for Defendant & Counter-Claimant*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| WGH ACQUISITIONS, LLC, a Nevada limited liability company, | |
| Plaintiff , | Case No.: 2:12-cv-01293-PMP-PAL |
| vs. | |
| BONDROK PARTNERS, LLC, a Colorado limited liability company, d/b/a "BONDROK PARTNERS," | |
| Defendant, | |
| _____ | |
| BONDROK PARTNERS, LLC, a Colorado limited liability company, d/b/a BONDROK PARTNERS, | |
| Counter-Claimant, | |
| vs. | |
| WGH ACQUISITIONS, LLC, a Nevada limited liability company, GRUBB & ELLIS OF NEVADA, INC., a Nevada Corporation d/b/a NEWMARK GRUBB KNIGHT FRANK; DOUGLAS S. SCHUSTER, individually. | |
| Counter-Defendants. | |

Page 1 of 3

## COUNTER-CLAIMANT BONDROK'S UNOPPOSED MOTION
## TO CONTINUE THE SCHEUDLING CONFERENCE
### (First Request)

Counter-Claimant, BONDROK PARTNERS, LLC, ("BONDROK"), through undersigned counsel, pursuant to Fed.R.Civ.P. 6 and Local Rule 6-2, hereby moves on an unopposed basis to continue the date of the Scheduling Conference set for 2/25/2014, at 10:00 AM [48] regarding the parties' [47] Stipulation and Order to Enlarge Time to Complete Discovery.  Due to a labrum tear, Ross C. Goodman, Esq. is scheduled for surgery with Gregory T. Bigler, M.D. on 2/25/2014 at 9:00 AM.   Counter-Defendant's counsel has contact both parties' counsel and confirmed that there is no opposition to a continuance of the Scheduling Conference.

For good cause shown, BONDROK respectfully requests that the Court grant a two week extension through March 7, 2014.

DATED February 21, 2014.

GOODMAN LAW GROUP,
A PROFESSIONAL CORPORATION

*/s/ Ross C. Goodman, Esq.*
Ross C. Goodman, Esq.
Nevada Bar No. 7722
*Attorney for Defendant & Counter-Claimant*

## ORDER

**IT IS ORDERED** that the Scheduling Conference currently scheduled for February 25, 2014, at 10:00 a.m., is **VACATED** and **CONTINUED** to **March 18, 2014, at 9:15 a.m., in Courtroom 3B**.

Dated this 24th day of February, 2014.

Peggy A. Leen
United States Magistrate Judge

Page 2 of 3

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088