UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| WGH ACQUISITIONS, LLC, | |
| Plaintiff, | |
| v. | 2:12-CV-01293-PMP-PAL |
| BONDROK PARTNERS, LLC, et al. | |
| Defendants. | ORDER |
| AND ALL RELATED COUNTERCLAIMS | |

Presently before the Court is Counterclaimant BondRok Partners, LLC's ("BondRok") Motion for Leave to Amend the Complaint, Caption and Modify the Scheduling Order (Doc. #43), filed on January 24, 2014. Counterdefendants BGC Real Estate of Nevada, LLC and Douglas Schuster filed a Response (Doc. #44) on January 31, 2014. BondRok filed a Reply on January 31, 2014 (Doc. #45). BondRok filed a Supplement in support of its Motion (Doc. #46) on February 6, 2014.

The Court having read and considered the foregoing documents, and good cause appearing, IT IS ORDERED that Counterclaimant BondRok Partners, LLC's Motion for Leave to Amend the Complaint, Caption and Modify the Scheduling Order (Doc. #43) is GRANTED in part. The Motion is granted to the extent that BondRok shall be granted leave to amend the Complaint and caption.

IT IS FURTHER ORDERED that the portion of BondRok's Motion for Leave to Amend the Complaint, Caption and Modify the Scheduling Order (Doc. #43) requesting

relief with respect to the Scheduling Order shall be referred to Magistrate Judge Peggy A. Leen for decision.

      IT IS FURTHER ORDERED that the Clerk of Court shall detach and file Counterclaimant BondRok Partners, LLC's First Amended Counterclaim, which is attached as Exhibit A to BondRok's Motion for Leave to Amend (Doc. #43-1).

DATED: March 18, 2014

_____
PHILIP M. PRO
United States District Judge