# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

WGH ACQUISITIONS, LLC, A Nevada limited liability company,

    Plaintiff(s),

vs.

BONDROK PARTNERS, LLC, a Colorado limited liability company, d/b/a "BONDROK PARTNERS,"

    Defendant(s).

Case No.: 2:12-cv-01293-PMP-PAL

## SUBSTITUTION OF ATTORNEY

Douglas S. Schuster
_____ ~~(Plaintiff)~~ (Defendant) Counter- hereby substitutes
(Name of Party)

William R. Urga, Esq. of Jolley Urga Woodbury & Little
_____
(New Attorney)

(Address): 3800 Howard Hughes Pkwy. #1600, Las Vegas, NV 89169

(Telephone): (702) 699-7500 _____, as attorney of record in place and

stead of: Charles A. Michalek, Esq. and Rebecca L. Mastrangelo, Esq. of Rogers, Mastrangelo, Carvalho & Mitchell
_____
(Present Attorney)

DATED: 3/17/14     _____
                         (Signature of Party)

I consent to the above substitution.

DATED: _____     _____
                                      (Signature of Present Attorney)

...

...

...

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

WGH ACQUISITIONS, LLC, A Nevada limited liability company,

        Plaintiff(s),

vs.

BONDROK PARTNERS, LLC, a Colorado limited liability company, d/b/a "BONDROK PARTNERS,"

        Defendant(s).

Case No.: 2:12-cv-01293-PMP-PAL

## SUBSTITUTION OF ATTORNEY

Douglas S. Schuster
_____ (Plaintiff) Counter-(Defendant) hereby substitutes
(Name of Party)

William R. Urga, Esq. of Jolley Urga Woodbury & Little
_____
(New Attorney)

3800 Howard Hughes Pkwy. #1600, Las Vegas, NV 89169
(Address): _____

(Telephone): (702) 699-7500 _____, as attorney of record in place and

stead of: Charles A. Michalek, Esq. and Rebecca L. Mastrangelo, Esq. of Rogers, Mastrangelo, Carvalho & Mitchell
_____
(Present Attorney)

DATED: _____      _____
                                    (Signature of Party)

I consent to the above substitution.

DATED: 03/14/14      _____
                     (Signature of Present Attorney)

...

...

...

1

6/95

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: __3/17/14__  _____
                                    (Signature of New Attorney)

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: _____
                                    UNITED STATES DISTRICT JUDGE

2

6/95