IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

WGH ACQUISITIONS, LLC, a
Nevada limited liability
company,

        Plaintiff(s),

vs.

BONDROK PARTNERS, LLC, a
Colorado limited liability
company, d/b/a "BONDROK
PARTNERS,"

        Defendant(s).

Case No.: 2:12-cv-01293-PMP-PAL

## SUBSTITUTION OF ATTORNEY

Grubb & Ellis of Nevada, Inc.
dba Newmark Grubb Knight Frank  (Plaintiff) (Defendant) Counter-(Plaintiff) (Defendant) hereby substitutes
_____
(Name of Party)

William R. Urga, Esq. of Jolley Urga Woodbury & Little
_____
(New Attorney)

(Address): 3800 Howard Hughes Pkwy. #1600, Las Vegas, NV 89169

(Telephone): (702) 699-7500 , as attorney of record in place and

stead of: Charles A. Michalek, Esq. and Rebecca L. Mastrangelo, Esq. of Rogers, Mastrangelo, Carvalho & Mitchell
(Present Attorney)

DATED: March 14, 2014        _____ deputy
                              general (Signature of Party)
                              Counsel for Counter-Defendant

I consent to the above substitution.

DATED: 03/14/14              _____
                              (Signature of Present Attorney)

...
...
...

1

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: ___3/17/14___           _____
                                      (Signature of New Attorney)

5 | Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

9 | DATED: __March 19, 2014__       _____
                                      UNITED STATES DISTRICT JUDGE

2