1  David A. Carroll, Esq. (NSB #7643)
   dcarroll@rrsc-law.com
2  Anthony J. DiRaimondo, Esq. (NSB #10875)
   adiraimondo@rrsc-law.com
3  **RICE REUTHER SULLIVAN & CARROLL, LLP**
   3800 Howard Hughes Parkway, Suite 1200
4  Las Vegas, Nevada 89169
   Telephone:  (702) 732-9099
5  Facsimile:  (702) 732-7110
   *Attorneys for WGH Acquisitions, LLC*

6

7

8                **UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF NEVADA**

10  WGH ACQUISITIONS, LLC, a Nevada          Case No. 2:12-cv-01293-PMP-PAL
    limited liability company,

11              Plaintiff,

12      vs.                                  **STIPULATION OF DISMISSAL WITH**
                                             **PREJUDICE**
13  BONDROK PARTNERS, LLC, a
    Colorado limited liability company,
14  d/b/a "BONDROK PARTNERS",

15              Defendant.

16  ─────────────────────────────

17  BONDROK PARTNERS, LLC, a
    Colorado limited liability company, d/b/a
18  BONDROK PARTNERS,

19              Counter-Claimant,

20      vs.

21  WGH ACQUISITIONS, LLC, a Nevada
    limited liability company, BGC REAL
22  ESTATE OF NEVADA, LLC, a foreign
    limited liability company, Successor in
23  Interest to GRUBB & ELLIS OF
    NEVADA, INC., a Nevada Corporation
24  d/b/a NEWMARK GRUBB KNIGHT
    FRANK; DOUGLAS S. SCHUSTER,
25  individually,

26              Counter-Defendants.

27

28

RICE REUTHER SULLIVAN & CARROLL, LLP
3960 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
(702) 732-9099

1

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c), Plaintiff/Counter-

2    defendant WGH Acquisitions, LLC ("WGH"), by and through its attorneys of record Rice

3    Reuther Sullivan & Carroll, LLP, Defendant/Counterclaimant BondRok Partners, LLC d/b/a

4    BondRok Partners ("BondRok"), by and through its attorneys of record the Goodman Law Group,

5    Counter-defendant BGC Real Estate of Nevada, LLC ("BGC"), by and through its attorneys of

6    record, Jolley Urga Woodbury & Little, and Counter-defendant Douglas S. Schuster ("Schuster"),

7    by and through its attorneys of record Jolley Urga Woodbury & Little, hereby stipulate and agree

8    as follows:

9        1.    On July 20, 2012, WGH filed its Complaint against BondRok (Dkt. # 1).

10       2.    On February 22, 2013, BondRok filed its Answer to WGH's Complaint as well as

11   its Counterclaim against WGH, Grubb & Ellis of Nevada, Inc. d/b/a Newmark Grubb Knight

12   Frank, and Schuster (Dkt. # 18) ("Counterclaim").

13       3.    On March 18, 2013, WGH filed its Answer to BondRok's Counterclaim (Dkt. #

14   30).

15       4.    On September 13, 2013, BGC and Schuster filed their Answer to Counterclaim

16   (Dkt. # 40).

17       5.    On March 18, 2014, BondRok filed its First Amended Counterclaim against WGH,

18   BGC and Schuster (Dkt. # 54) (the "Amended Counterclaim").

19       6.    WGH and BondRok have entered into a Settlement Agreement and Release

20   ("Settlement Agreement") that resolves all claims and counterclaims between them.

21       7.    Accordingly, it is therefore stipulated and agreed that:

22            a.    WGH's Complaint be dismissed *with prejudice*;

23            b.    WGH be dismissed *with prejudice* from BondRok's Amended

24   Counterclaim and from this action;

25            c.    All claims/causes of action asserted against WGH in BondRok's Amended

26   Counterclaim shall be dismissed *with prejudice* and in their entirety.

27            d.    WGH and BondRok shall each bear their own attorneys' fees and costs.

28

RICE REUTHER SULLIVAN & CARROLL, LLP
3960 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
(702) 732-9099

2

RICE REUTHER SULLIVAN & CARROLL, LLP
3960 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
(702) 732-9099

1   DATED this 1st day of May, 2014.          DATED this 1st day of May, 2014.

2   **RICE REUTHER SULLIVAN &**              **GOODMAN LAW GROUP**
    **CARROLL, LLP**
3

4   By: /s/ David A. Carroll, Esq.            By: /s/ Ross C. Goodman, Esq.
        David A. Carroll, Esq. (NSB #7643)        Ross C. Goodman, Esq. (NSB #7722)
5       3800 Howard Hughes Pkwy, Suite 1200       520 S. Fourth Street, 2nd Floor
        Las Vegas, Nevada 89169                   Las Vegas, NV 89101
6       *Attorneys for WGH Acquisitions LLC*      *Attorneys for Bondrok Partners, LLC d/b/a*
                                                  *BondRok Partners*
7

8   DATED this 1st day of May, 2014.

9   **JOLLEY URGA WOODBURY &**
    **LITTLE**
10

11  By: /s/ David J. Malley, Esq.
        David J. Malley, Esq. (NSB #8171)
12      3800 Howard Hughes Pkwy., #1600
        Las Vegas, Nevada 89169
13      *Attorneys for BGC Real Estate of*
        *Nevada, LLC and Douglas S. Schuster*
14

15                          **ORDER**

16          Having considered the foregoing Stipulation of Dismissal With Prejudice and finding

17  good cause appearing,

18          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that foregoing Stipulation of

19  Dismissal With Prejudice is GRANTED.

20          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that WGH's Complaint

21  (Dkt. # 1) is hereby dismissed *with prejudice.*

22          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that WGH is hereby

23  dismissed *with prejudice* from BondRok's Amended Counterclaim and from this action.

24          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all claims/causes of

25  action asserted against WGH in BondRok's Amended Counterclaim (Dkt. # 54)   shall be

26  dismissed *with prejudice* and in their entirety.

27  ///

28

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that WGH and BondRok shall each bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED this 1st day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE

RICE REUTHER SULLIVAN & CARROLL, LLP
3960 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
(702) 732-9099

4