UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WGH ACQUISITIONS, LLC, A Nevada limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BONDROK PARTNERS, LLC, a Colorado limited liability company d/b/a "BONDROK PARTNERS",<br><br>　　　　　Defendant.<br>_____<br>BONDROK PARTNERS, LLC, a Colorado limited liability company d/b/a "BONDROK PARTNERS",<br><br>　　　　　Counter-Claimant,<br>vs.<br><br>WGH ACQUISITIONS, LLC, a Nevada limited liability company, GRUBB & ELLIS OF NEVADA, INC., A Nevada Corporation d/b/a NEWMARK GRUBB KNIGHT FRANK; DOUGLAS S. SCHUSTER, individually,<br><br>　　　　　Counter-Defendants.<br>_____ | 2:12-cv-01293-PMP-PAL<br><br>**ORDER** |

　　　The undersigned having on November 10, 2014, announced his intention to retire from the bench effective January 16, 2015, and good cause appearing,

　　　**IT IS ORDERED** that this action is hereby referred to the Honorable Gloria M. Navarro, Chief United States District Judge, for purpose of random reassignment to a new judge. There currently are no pending motions.

DATED: November 19, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　United States District Judge