UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WGH ACQUISITIONS, LLC,<br><br>                              Plaintiff,<br>v.<br><br>BONDROK PARTNERS, LLC, et al.,<br><br>                              Defendants. | Case No. 2:12-cv-01293-GMN-PAL<br><br>**ORDER TO SHOW CAUSE** |

This matter is before the court on the parties' failure to file a stipulation to dismiss.

On November 20, 2015, a settlement conference was conducted before the undersigned and a confidential settlement was reached. A telephonic status check was scheduled for December 3, 2015, to follow up with the status of settlement.

On December 3, 2015, a telephonic status check was conducted with counsel for BondRok only, Mr. Goodman, as counsel for BGC and Schuster, Mr. Rugg, could not be reached. At that time, Mr. Goodman advised that all settlement documents had been executed and forwarded to Mr. Rugg for his client's review and execution. Mr. Goodman also advised that the stipulation to dismiss should be filed within a week. The court gave the parties until December 14, 2015, to file their stipulation to dismiss.

The parties have failed to file a stipulation to dismiss and have not requested an extension of time in which to file one. A fully briefed motion for summary judgment remains on the court's docket, and the parties are causing the court to expend unnecessary time managing its docket by their failure to timely comply with the court's order, and their own agreement to submit a stipulation to dismiss

Accordingly,

/ / /

1       **IT IS ORDERED** that the parties shall have until **January 11, 2016** to show cause, in writing, why sanctions should not be imposed for failing to comply with the court's order to submit a stipulation to dismiss by December 14, 2015. Filing the stipulation on or before January 11, 2016 will satisfy the court that sanctions are not warranted and no further response to this order to show cause will be required.

DATED this 4th day of January, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE