Ross C. Goodman, Esq.
Nevada Bar No. 7722
**GOODMAN LAW GROUP, P.C.**
520 S. Fourth St., 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
*Attorney for Counter-Claimant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WGH ACQUISITIONS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BONDROK PARTNERS, LLC, a Colorado limited liability company, d/b/a "BONDROK PARTNERS,"<br><br>Defendant,<br>_____<br><br>BONDROK PARTNERS, LLC, a Colorado limited liability company, d/b/a BONDROK PARTNERS,<br><br>Counter-Claimant,<br><br>vs.<br><br>GRUBB & ELLIS OF NEVADA, INC., a Nevada Corporation d/b/a NEWMARK GRUBB KNIGHT FRANK; BGC PARTNERS, INC., a Delaware Corporation d/b/a NEWMARK GRUBB KNIGHT FRANK; BGC REAL ESTATE OF NEVADA, LLC, a foreign limited liability company d/b/a NEWMARK GRUBB KNIGHT FRANK, and DOUGLAS S. SCHUSTER, individually,<br><br>Counter-Defendants. | Case No.: 2:12-cv-01293-PMP-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Counter-Claimant, Ross C. Goodman, Esq., of Goodman Law Group, P.C. and counsel for Counter-Defendants, Jeffrey S. Rugg, Esq., of Brownstein Hyatt Farber Schreck, LLP, that the above-entitled action be dismissed with prejudice and that each party is to bear their own costs and attorney fees.

DATED this 5th day of January, 2016.            GOODMAN LAW GROUP, P.C.

 */s/ Ross C. Goodman, Esq.*
Ross C. Goodman, Esq.
520 South Fourth Street, 2nd Fl.
Las Vegas, Nevada 89101
*Attorney for Counter-Claimant*

DATED this 5th day of January, 2016.            BROWNSTEIN HYATT FARBER SCHRECK, LLP

 */s/ Jeffrey S. Rugg, Esq.*
Jeffrey S. Rugg, Esq.
100 North City Parkway, Ste. 1600
Las Vegas, Nevada 89106
*Attorney for Counter-Defendants*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE.

Dated: January 6, 2016

Goodman Law Group
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088